# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DERSHAWN SIBBLES

## DEFENDANTS
EQUIFAX INFORMATION SERVICES LLC, et al.

**(b)** County of Residence of First Listed Plaintiff: **Nassau**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Fulton (GA)**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert J. Nahoum, Esq., The Law Offices of Robert J. Nahoum, P.C., 48 Burd Street, Suite 300, Nyack, NY 10960, Tel. (845) 450-2906

Attorneys *(If Known)*
David G. Murphy, Esq., Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022, Tel. (212) 521-5400

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

Incorporated and Principal Place of Business In Another State: DEF [x] 5

## IV. NATURE OF SUIT
[x] 480 Consumer Credit (15 USC 1681 or 1692)

## V. ORIGIN
[x] 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15.U.S.C. Section 1681, et seq.

Brief description of cause:
Plaintiff alleges Defendants violated the Fair Credit Reporting Act.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE _____ DOCKET NUMBER _____

DATE: 6/28/2024
SIGNATURE OF ATTORNEY OF RECORD: */s/ David G. Murphy*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____