UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERSHAWN SIBBLES,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION LLC; GOLDMAN
SACHS BANKS USA; SOFI LENDING
CORP.; TRUIST BANK, AS SUCCESSOR BY
MERGER TO SUNTRUST BANK d/b/a
LIGHTSTREAM; U.S. BANK NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR VCC 2020-MC1 TRUST, and
PENTAGON FEDERAL CREDIT UNION,

        Defendants.

Index No.: 24-cv-04594

**NOTICE OF SETTLEMENT
AS TO DEFENDANT
TRANS UNION LLC**

      Now comes the Plaintiff Dershawn Sibbles, by and through his undersigned counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and defendant Trans Union LLC and state:

      1.    A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

      2.    The parties respectfully request that the Court stay this case and adjourns all deadlines and conferences as they pertain to Trans Union LLC only.

      3.    It is respectfully requested that the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed and that all terms of settlement have been consummated.

2

Dated: Nyack, New York
       July 1, 2024

                                                              **THE LAW OFFICES OF**
                                                              **ROBERT J. NAHOUM, P.C.**
                                                              *Attorneys for Plaintiff*

                                                              By:_____
                                                              **ROBERT J. NAHOUM**
                                                              48 Burd Street, Suite 300
                                                              Nyack, NY 10960
                                                              Telephone No.: (845) 450-2906
                                                              Facsimile No.: (888) 450-8640
                                                              Email: RJN@NahoumLaw.com